# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD L. HOLLIMON,<br>    Petitioner,<br>vs.<br>BRIAN WILLIAMS, et al.,<br>    Respondents. | Case No. 2:15-cv-02075-JCM-VCF<br>**ORDER** |

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court dismisses this action because petitioner did not pay the filing fee and because his application to proceed in forma pauperis (#1) is incomplete, lacking a signed financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. The court has reviewed the petition preliminarily, and the dismissal of this action would not affect the timeliness of a subsequent petition 28 U.S.C. § 2244(d)(1), assuming that petitioner promptly commences a new action with the required documents.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly and close this action.

1  IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.
2  DATED: November 13, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge